UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACER PROPERTIES LLC,
a foreign limited liability company,

       Plaintiff/Counter-Defendant,

vs.

ECALP CORP., a foreign corporation,
and the UNITED STATES POSTAL SERVICE,

       Defendants/Counter-Plaintiffs.
_____/

Case No. 2:21-cv-10497-TGB-APP

Honorable Terrence G. Berg
Mag. Judge Anthony P. Patti

## STIPULATED ORDER OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant RACER Properties LLC ("RACER") and Defendant/Counter-Plaintiff the United States Postal Service ("USPS") hereby stipulate to the dismissal, with prejudice, of the claims by and between RACER and the USPS in this litigation, only.  RACER and the USPS specifically reserve their respective rights to pursue any and all claims against each other in any matter unrelated to this litigation.  Each party shall bear their own costs and fees.  Now that all remaining claims in this matter have been resolved, the parties request that the Clerk of the Court close this case.

**SO ORDERED.**

/s/Terrence G. Berg
HONORABLE TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated:       December 20, 2021

SO STIPULATED AND AGREED TO BY:

DAWDA, MANN, MULCAHY & SADLER, PLC

*/s/ Frances Belzer Wilson*
Frances Belzer Wilson (P68650)
Brian J. Considine (P53783)
39533 Woodward Ave., Ste. 200
Bloomfield Hills, MI 48304
(248) 642-3700
fwilson@dmms.com
bconsidine@dmms.com
Attorneys for Plaintiff/Counter-Defendant RACER Properties, LLC

SAIMA S. MOHSIN
Acting United States Attorney

*/s/ Anthony Gentner (w/consent)*
Anthony Gentner (P79535)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9778
anthony.gentner2@usdoj.gov
Attorneys for Defendant/Counter-Plaintiff United States Postal Service

2